```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11258
   MICHAEL L WILSON
   PEGGY A WILSON                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0837     SSN XXX-XX-4549


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/03/08 .

   2.  The case was dismissed without confirmation, 07/18/2008.

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
-----------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00              .00              .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE  NOT FILED               .00              .00
LAMPHERES FURNITURE       SECURED             400.00             .00              .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC         .00              .00              .00
WALMART                   UNSECURED      NOT FILED               .00              .00
COLLECTION PROFESSIONALS  UNSECURED      NOT FILED               .00              .00
CREDIT RECOVERY           UNSECURED      NOT FILED               .00              .00
COMMUNITY HOSPITAL OF OT  UNSECURED      NOT FILED               .00              .00
CREDITORS DISCOUNT & AUD  UNSECURED      NOT FILED               .00              .00
DIRECT MERCHANTS CREDIT   UNSECURED      NOT FILED               .00              .00
FIRST NATIONAL BANK MARI  UNSECURED      NOT FILED               .00              .00
FIRST NATIONAL BANK MARI  UNSECURED      NOT FILED               .00              .00
FIRST PREMIER BANK        UNSECURED      NOT FILED               .00              .00
H & R ACCOUNTS INC        UNSECURED      NOT FILED               .00              .00
HSBC                      UNSECURED      NOT FILED               .00              .00
EMERGENCY TREATMENT SC    UNSECURED      NOT FILED               .00              .00
MEDICAL & PROFESSIONAL C  UNSECURED      NOT FILED               .00              .00
MRSI                      UNSECURED      NOT FILED               .00              .00
PROGRESSIVE INSURANCE     UNSECURED      NOT FILED               .00              .00
NORTHWEST COLLECTORS      UNSECURED      NOT FILED               .00              .00
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID

PAYDAY LOAN STORE         UNSECURED      NOT FILED               .00              .00
VALLEY WEST HOSPITAL      UNSECURED      NOT FILED               .00              .00
PLAINS COMMERCE BANK      UNSECURED      NOT FILED               .00              .00
PLAINS COMMERCE BANK      UNSECURED      NOT FILED               .00              .00
RUSSELL AGENCY            UNSECURED      NOT FILED               .00              .00
TRI STATE ADJUSTMENTS     UNSECURED      NOT FILED               .00              .00
UNITED COLLECTIONS        UNSECURED      NOT FILED               .00              .00
UNITED COLLECTIONS        UNSECURED      NOT FILED               .00              .00
ASPIRE VISA               UNSECURED      NOT FILED               .00              .00
CAPITAL ONE BANK          UNSECURED      NOT FILED               .00              .00
         Summary of disbursements:
```

```
                       SECURED      PRIORITY     UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      400.00           .00           .00           .00        400.00
PRINCIPAL PAID              .00           .00           .00           .00           .00
INTEREST PAID               .00           .00           .00           .00           .00
TOTAL PAID                  .00           .00           .00           .00           .00
```

The Debtor's attorney, GARY L SHILTS                         , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 11258 MICHAEL L WILSON & PEGGY A WILSON